UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14287-CIV-MARTINEZ-MAYNARD

RYAN JEFFREY HOLMES,

    Plaintiff,

v.

INDIAN RIVER COUNTY SHERIFF'S
OFFICE, *et al.*,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on all pretrial matters ("R&R"), (ECF No. 60). Judge Maynard filed an R&R on Defendants' Motion to Dismiss, (ECF No. 57), recommending that it be granted by default and that Plaintiff's Amended Complaint be dismissed without prejudice for failure to prosecute this case and comply with prior Court Orders. (ECF No. 82.) Judge Maynard also recommended that all currently pending motions, (ECF Nos. 73, 79, and 80), be denied as moot. The Court has reviewed the entire file and record, and notes that no objections have been filed to the R&R. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Judge Maynard's R&R, (ECF No. 82), is **AFFIRMED AND ADOPTED**.

    2.    Defendants' Motion to Dismiss, (ECF No. 57), is **GRANTED BY DEFAULT**.

    3.    Plaintiff's Amended Complaint, (ECF No. 18), is **DISMISSED** without prejudice.

4. The Clerk of Court is **DIRECTED** to **DENY** all pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 14 day of June, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record
Ryan Jeffrey Holmes, *pro se*